# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIRHAS ZEDINGLE,<br><br>  Petitioner,<br><br>  v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement (ICE); PAM BONDI, Attorney General of the United States; GREGORY ARCHAMBEAULT, Director, San Diego Field Office, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Warden Otay Mesa Detention Center,<br><br>  Respondents. | Case No.: 26cv0100 DMS SBC<br><br>**ORDER REQUIRING RESPONSE** |

On January 7, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Respondents shall file their response to the Petition on or before by **January 15, 2026**. Petitioner shall file their reply on or before **January 20, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

1   To maintain the status quo, Respondent, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated: January 8, 2026

Hon. Dana M. Sabraw
United States District Judge